# Exhibit 1

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia VA. CODE § 16.1-79

Courtroom (2A) 664-4913
Courtroom 2D 664-4914

............Norfolk............
CITY OR COUNTY

............General District Court............

150 St. Paul's Blvd, Norfolk, VA 23510
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are summoned to appear before this Court at the above address on

TO THE DEFENDANT(S): You are hereby commanded to summons the Defendant(s).

09-10-2020 9:00 a.m.
RETURN DATE AND TIME

........to answer the Plaintiff(s)' civil claim (see below)

08-07-2020
DATE ISSUED

............signature............
[ ] CLERK [X] DEPUTY CLERK [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 5000.00 net of any credits, with interest at 6 % from date of 8/4/18 until paid,
$ 6580 costs and $ ........ attorney's fees with the basis of this claim being

[ ] Open Account [ ] Contract [ ] Note [ ] Other (EXPLAIN) Defendant office
staff in Buick damaged my left knee
after my visit @ 8/8/18 steroid taster gea pain
steroid

8/7/2020
DATE

[X] PLAINTIFF Grey McN____ [ ] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ........ ORDERED ........ DUE

Grounds of Defense ........ ORDERED ........ DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ........
$ ........ net of any credits, with interest at ........ % from date
........ until paid, $ ........ costs and $ ........ attorney's fees
$ ........ and $ ........ costs for Servicemember Civil Relief Act counsel fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........
[ ] NON-SUIT [ ] DISMISSED
Defendant(s) Present: [ ] NO [ ] YES

............ ............
DATE JUDGE

FORM DC-412 (FRONT) REVISED 10/18 (A192955 2/19)

## HEARING DATE AND TIME

CASE NO. GV20044031-00

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
McNair, Tracy
3801 Chat Nau Circle
Norfolk VA 23513
T 757-303-6606

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Hampton Roads Community Health Ctr
re: Dr Mazkovic Vladimir MD
664 Lincoln St
Portsmouth VA 23704

## WARRANT IN DEBT

............
CLERK ........ DATE

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.