

U.S. Department of Justice
**United States Attorney's Office**
Eastern District of Virginia

### CERTIFICATION

I, Raj Parekh, Acting United States Attorney for the Eastern District of Virginia, pursuant to the provisions of 42 U.S.C § 233(c), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, certify that I am familiar with the allegations made in the Warrant in Debt filed by plaintiff, Tracy McNair, in *McNair v. Hampton Roads Community Health Center and Dr. Markovic Vladimir* [sic], GV20014031-00, pending in General District Court for the City of Norfolk, Virginia. On the basis of the information now available with respect to the claims set forth therein, I hereby find and certify that the named defendants, Hampton Roads Community Health Center and Dr. Vladimir Markovic – incorrectly identified in the Warrant in Debt as "Dr. Markovic Vladimir" – were acting within the scope of their federal office or employment at the time of the incident out of which the plaintiff's claim arose.

1/20/21
Date

Raj Parekh
Acting United States Attorney