UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **TRACY MCNAIR**<br>         **Plaintiff,**<br><br>   v.<br><br>**UNITED STATES OF AMERICA,**<br>         **Defendant.**<br><br>*In re:  Tracy McNair v. Hampton Roads Community Health Center and Dr. Markovic Vladimir Case No. GV20014031-00, Norfolk General District Court* | **Civil Action No. 2:21cv51** |

## MOTION TO DISMISS

Defendant, United States of America, by and through the United States Attorney for the Eastern District of Virginia, hereby moves to dismiss the Plaintiff's claims against the United States (substituted for Hampton Roads Community Health Center and "Dr. Vladimir Markovic" (correctly identified as Dr. Vladimir Markovic)) pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

A memorandum in support of this motion and a *Roseboro* notice are being submitted simultaneously herewith.

*Local Rule 7(E) Notice*

PLAINTIFF IS REQUESTED TO ADVISE THE COURT AS PART OF ANY RESPONSE SHE MAY FILE WHETHER SHE DESIRES ORAL ARGUMENT ON THE DEFENDANT'S MOTION.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

RAJ PAREKH
Acting United States Attorney

By: /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Supervisory Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: kent.porter@usdoj.gov
*Counsel for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 25th day of January, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and further certify that I will mail copies of the foregoing and the Notification of Electronic Filing by U.S. mail, postage paid, to the following non-filing user(s):

TRACY MCNAIR
3801 Chatham Circle, Unit 2
Norfolk, Virginia 23513
*Pro se Plaintiff*

By: /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Supervisory Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: kent.porter@usdoj.gov
*Counsel for United States of America*