UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1958

TRACY MCNAIR,

          Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

          Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cv-00051-AWA-DEM)

Submitted:  January 20, 2022                              Decided:  January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam.

Tracy McNair, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy McNair appeals the district court's order dismissing without prejudice McNair's complaint for lack of subject matter jurisdiction, for failure to exhaust her administrative remedies under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). In her informal brief, McNair raises several issues that are unrelated to the reasoning underlying the district court's order. We do not address any issue that is not raised in the informal brief. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). In any event, the district court did not err in determining that it lacked jurisdiction because McNair failed to demonstrate that she exhausted her administrative remedies before filing her suit. *See* 42 U.S.C. § 233(a), (g). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*